2010-19491
FILED
November 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003081321

Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
(949) 720-9200

Attorneys for Movant
Deutsche Bank National Trust Company, as trustee for the
Encore Credit Receivables Trust 2005-4

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re:

SAMMY GALVAN

    Debtor.

CASE: 10-19491-B-7

CHAPTER 7

REF.: ASW-1

ORDER GRANTING MOTION
FOR RELIEF FROM THE
AUTOMATIC STAY

DATE: 11/09/10
TIME: 11:00am
CTRM: 12
U.S. Bankruptcy Court
2500 Tulare Street
Fresno, CA 93721

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by Deutsche Bank National Trust Company, as trustee for the Encore Credit Receivables Trust 2005-4, and having set to have been heard before the HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE, on November 9, 2010, and the Court, having read the various pleadings, documents and proceedings, and service having

RECEIVED
November 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003081321

6401-6152

been made, and after due deliberation without hearing, does hereby make its order as follows:

IT IS ORDERED that with respect to the real property commonly known as 1337 Academy Avenue, Sanger, CA 93657, and more fully described as follows:

> SEE LEGAL DESCRIPTION MARKED AS EXHIBIT
> "A" AND INCORPORATED HEREIN BY REFERENCE

Movant and its agents and successors are relieved of the automatic stay, and said stay is immediately terminated, so that Movant and its agents and successors may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust under applicable nonbankruptcy law.

IT IS FURTHER ORDERED that the 14 day stay pursuant to Rule 4001(a)(3) is hereby waived.

IT IS FURTHER ORDERED that the bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5.

IT IS FURTHER ORDERED that except as set forth herein, all other relief is denied without prejudice.

Dated: November 17, 2010

_____
W. Richard Lee
United States Bankruptcy Judge

Matter I.D. 6401-6152

# EXHIBIT A

Exhibit "A"

Lot 10 of Block 4 of Parkhurst's South Villa Addition to the Town of Sanger, in the City of Sanger, County of Fresno, State of California, according to the Map thereof recorded in Book 4 at Page 40 of Plats, Fresno County Records.

Excepting therefrom the East 10 feet thereof as conveyed to the City of Sanger by Deed recorded February 27, 1951, in the City of Sanger by Deed recorded February 27, 1951, in Book 2977 at Page 418, of Official Records, which states "for sidewalks, street and utility purposes"

16